# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2023

*The Court of Appeals hereby passes the following order:*

**A22A1243. STEPHENS v. STEPHENS.**

On February 1, 2022, this Court granted the appellant's application for discretionary appeal in the above-styled case. However, upon further review, we hereby DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/08/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*